COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-037-CV

 

 

IN RE MARK A. HAMILTON                                                      RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and amended motion for temporary relief and is of
the opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus and amended motion for temporary relief are
denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL B: 
HOLMAN, GARDNER, and WALKER, JJ.

 








DELIVERED: 
February 2, 2007











    [1]See
Tex. R. App. P. 47.4.